```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 18187
   WANDA D JEFFERSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7735


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/15/2008 and was confirmed 09/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/01/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
LITTON LOAN SERV          MORTGAGE NOTI NOT FILED              .00           .00
US BANK NATIONAL ASSOC    CURRENT MORTG       .00              .00           .00
US BANK NATIONAL ASSOC    MORTGAGE ARRE  22000.00              .00           .00
IRWIN HOME EQUITY         CURRENT MORTG       .00              .00           .00
IRWIN HOME EQUITY         MORTGAGE ARRE    519.00              .00           .00
LITTON LOAN SERVICING     CURRENT MORTG       .00              .00           .00
LITTON LOAN SERVICING     MORTGAGE ARRE       .00              .00           .00
WASHINGTON MUTUAL         CURRENT MORTG       .00              .00           .00
WASHINGTON MUTUAL         MORTGAGE ARRE  34185.45              .00           .00
AIS SERVICES LLC          UNSEC W/INTER    740.70              .00           .00
CITY OF CHICAGO           UNSEC W/INTER NOT FILED              .00           .00
CODILIS & ASSOCIATES      NOTICE ONLY   NOT FILED              .00           .00
GALWAY FINANCIAL SVC LLC  UNSEC W/INTER NOT FILED              .00           .00
GEMB/JCP                  UNSEC W/INTER NOT FILED              .00           .00
LINCOLN PARK HOSPITAL     UNSEC W/INTER NOT FILED              .00           .00
JAROS TITLE & OTOOLE      NOTICE ONLY   NOT FILED              .00           .00
RECOVERY MANAGEMENT SYST  UNSEC W/INTER    111.18              .00           .00
IMMC PATHOLOGISTS         NOTICE ONLY   NOT FILED              .00           .00
ILLINOIS DEPT OF HUMAN S  NOTICE ONLY   NOT FILED              .00           .00
NICOR GAS                 UNSEC W/INTER NOT FILED              .00           .00
NICOR GAS                 UNSEC W/INTER NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   1938.45              .00           .00
ALICE R BAD & JASMINE IR  NOTICE ONLY   NOT FILED              .00           .00
ANNETTE MARTIN            NOTICE ONLY   NOT FILED              .00           .00
JUAN DE LARKIN            NOTICE ONLY   NOT FILED              .00           .00
LAURIE BARRETT            NOTICE ONLY   NOT FILED              .00           .00
LEXUS JOHNSON             NOTICE ONLY   NOT FILED              .00           .00
PERCY JEFFERSON           NOTICE ONLY   NOT FILED              .00           .00
AIS SERVICES LLC          UNSEC W/INTER NOT FILED              .00           .00
WASHINGTON MUTUAL         MORTGAGE NOTI NOT FILED              .00           .00
US BANK NATIONAL          MORTGAGE NOTI NOT FILED              .00           .00
FINGERHUT DIRECT MARKETI  UNSEC W/INTER    625.57              .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18187 WANDA D JEFFERSON
```

```
LEGAL HELPERS PC         DEBTOR ATTY    1,850.00                      1,081.12
TOM VAUGHN               TRUSTEE                                         83.88
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     1,165.00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                        1,081.12
TRUSTEE COMPENSATION                                     83.88
DEBTOR REFUND                                              .00
                          ---------------       ---------------
TOTALS                      1,165.00                  1,165.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 03/05/09          _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE